UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL KOBLENTZ, <br><br> Plaintiff, <br><br> vs. <br><br> TWO HARBORS INVESTMENT CORP., STEPHEN G. KASNET, WILLIAM GREENBERG, E. SPENCER ABRAHAM, JAMES J. BENDER, SANJIV DAS, KAREN HAMMOND, JAMES A. STERN, and HOPE B. WOODHOUSE, <br><br> Defendants. | Case No. 26-cv-1281 <br><br> Hon. Sharon Johnson Coleman |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

THE PLAINTIFF, Michael Koblentz, by counsel, Ademi LLP hereby gives notice

pursuant to Fed. R. Civ. P. 41(a)(1) that this action is dismissed without prejudice.

Dated: March 27, 2026

**ADEMI LLP**

By: */s/ John D. Blythin*
John D. Blythin (SBN 1046105)
3620 East Layton Avenue
Cudahy, WI 53110
Tel. 414-482-8000
Fax 414-482-8001
jblythin@ademilaw.com

*Attorneys for Plaintiff*

1